# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ESTHER CARABALLO-RIVERA
    Plaintiff(s)

v.

LA CASA DE LOS PASTELILLOS, et al.,
    Defendant(s)

Civil No. 16-2785 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on February 21, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITH PREJUDICE** without the imposition of costs, expenses or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 26th day of February, 2018.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: S/Sarah V. Ramón
        Sarah V. Ramón, Deputy Clerk